UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-2  ANTHONY MARROCCO,

Defendant.

Case No. 17-CR-20775

HON. ROBERT H. CLELAND

---

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INDICTMENT

---

I, ANTHONY MARROCCO, Defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### As to Count One:

**Conspiracy to Commit Extortion**
**18 U.S.C. §§ 371, 1951**

Twenty years imprisonment, a $250,000 fine, or both

1

### As to Count Two:

**Extortion**
18 U.S.C. § 1951

Twenty years imprisonment, a $250,000 fine, or both

### As to Count Three:

**Attempted Extortion**
18 U.S.C. § 1951

Twenty years imprisonment, a $250,000 fine, or both

### As to Count Four:

**Extortion**
18 U.S.C. § 1951

Twenty years imprisonment, a $250,000 fine, or both

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

/s/ Anthony Marrocco
ANTHONY MARROCCO
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

STEVEN FISHMAN
Counsel for Defendant

Dated: June 1, 2020