UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

CRIMINAL NO. 17-20775

v.

HONORABLE ROBERT H. CLELAND

D-2 ANTHONY MARROCCO,

    Defendant.
_____/

## ORDER FOR RULE 15 DEPOSITION

The Court has considered the parties' stipulation and has been apprised of the circumstances, including Mr. Dino Bucci's medical condition as has been reported to the Court in the previous status conferences that have been held in this case. Given the circumstances, the Court finds exceptional circumstances exist and the interest of justice allows for a deposition of Dino Bucci. *See* Fed. R. Crim. P. 15(a)(1). The Court also provides its consent for the deposition, given the parties have stipulated to going forward with the deposition. *See* Fed. R. Crim. P. 15(h).

IT IS FURTHER ORDERED that this deposition will begin on or near August 10, 2021. The deposition will take place at the Henry Ford Hospital in Clinton Township, Michigan, or at a location determined by the changing circumstances surrounding Mr. Bucci's health.

IT IS FURTHER ORDERED that the deposition will be recorded both by audio and video, and the United States will pay for both the recording and a transcription of the deposition

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  United States District Judge

Entered:  August 3, 2021