UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

              Plaintiff,

v.                                          Case No. 2:17−cr−20775−RHC−RSW
                                              Hon. Robert H. Cleland

Anthony Marrocco, et al.,

              Defendant(s),

_____

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Robert H. Cleland as follows:

Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for: Anthony Marrocco

- STATUS CONFERENCE: March 21, 2022 at 11:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/L. Wagner
                                                             Case Manager

Dated: March 17, 2022