# **EXHIBIT A**

From: Karen Czernel <karen.czernel@gmail.com>
Date: January 9, 2023 at 3:34:34 PM EST
To: Karen Czernel <karen.czernel@gmail.com>
Subject: Candice's Spring Gala April 20!

Dear Friends,

 I am so happy to announce Candice's upcoming Spring Gala will be held once again at the Palazzo Grande in Shelby Township on Thursday, April 20, 2023, 5:30 - 7:30 PM. The event will feature a strolling dinner and open bar, and of course, music from the incomparable Simone Vitale band.

Will you help us replicate last year's smashing success by once again agreeing to be a host/sponsor for the event? Sponsorship this year is $2,000 for a table of 10. Many of you opted to reserve two tables last year; please let me know as soon as you can if you are able to sponsor the event at that level. Each sponsorship includes up to 10 tickets, and recognition of your host committee status in a prominent way at the event.

 As the Macomb County Public Works Commissioner, Candice works diligently to positively impact the lives of Macomb county residents and businesses, as well as working to make long term improvements to our magnificent Great Lakes. As the this is the new election cycle, we're hoping to fill up the room to demonstrate the overwhelming support she has from the the community she serves.

 If you are willing to support her efforts as a Host/Sponsor, please respond to this email or call/text me at 248-425-0286 by Friday, January 20.

 An Evite will be provided to you to forward to your guests as soon as you indicate your host status. We know the Spring and Summer seasons are filled with events so we will provide the Evites quickly to allow for early planning.

 Thank you for your continued support, and I look forward to hearing from you! Please don't hesitate to email, call or text with any questions or comments.

 Best Regards,

 Karen Czernel 248-425-0286 (mobile) Karen.czernel@gmail.com