UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,        Case No. 2:17CR20775 02

v.                                  Hon. Robert H. Cleland

ANTHONY MARROCCO,

           Defendant.
_____/

## ORDER UPON STIPULATION PROVIDING FOR RESTITUTION PAYMENTS

Pursuant to the stipulation of the parties [ECF No. 73], the following is

**ORDERED**:

1. The payments required by this agreement shall be made via https://www.pay.gov/ Michigan Eastern District Criminal Debt Form, an electronic payment service, and that each payment shall include the following information (to ensure proper accounting of the payment) Case and Defendant number: DMIE217CR020775002. Defendant's failure to adhere to the payment conventions of https://www.pay.gov shall not serve as a justification for a failure of the payment to post in a timely manner.

2. Commencing on September 15, 2023, and on the fifteenth (15th) day of every month thereafter, the Defendant shall remit Two Thousand Five Hundred and

00/100 ($2,500.00) Dollars to the Clerk of the Court, Attn: Financial, 231 W. Lafayette, 5th Floor, Detroit, MI 48226.

    3. The Defendant shall promptly report any regular, monthly increase in gross income of ten percent (10%) or more to MLAR, or any material change in monthly gross income – "material" defined as any change affecting the Defendant's ability to make the monthly payments hereunder, or warranting an increase or decrease in the payment amount(s) because of a monthly increase or decrease in gross income of ten percent (10%) or more.

    4. Upon request but no more than every eighteen (18) months, the Defendant shall complete and submit a Financial Statement of Debtor form with all required attachments, executed under penalty of perjury, to MLAR within the time specified by MLAR.

    5. As long as the Defendant makes the monthly payments hereunder, or makes payments as otherwise agreed upon by the parties–is not in default–the United States shall not take actions to enforce payment of restitution except for: 1) contesting changes to the monthly payment when there is a ten percent (10%) increase or decrease in the Defendant's income and the parties do otherwise agree upon a new payment amount; 2) enforcement actions against real or personal property owned or controlled by the Defendant as of the date of the entry of this Order but not disclosed to MLAR; 3) or, enforcement actions against any property or interest in property

acquired by the Defendant after the entry of this Order. Default occurs if the monthly payment amount for a given month is not received by the twentieth (20th) day of the month when payment is due, whereupon MLAR may, in its discretion, engage in any lawful, collection enforcement action.

6. Any offsets pursuant to the U S. Treasury Offset Program and any garnishments directed at the Michigan Dept. of Treasury for payments ordinarily due to the Defendant shall be unaffected by this Order.

    **IT IS SO ORDERED**.

s/Robert H. Cleland
ROBERT H. CLELAND
United States District Judge

Dated: May 15, 2023