UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 17-cr-20775-2
                              Hon. Matthew F. Leitman

D2, ANTHONY MARROCCO,

    Defendant.
_____/

## ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE (ECF No. 76)

Now before the Court is a motion to modify terms of supervised release filed by Defendant Anthony Marrocco. Marrocco seeks to eliminate conditions requiring home detention, prohibiting him from using the internet, prohibiting him from using "entertainment facilities," and prohibiting him hosting guests, meals, or parties. The Court has determined that it may resolve the motion without a hearing.

The motion is **DENIED.** The transcript of the sentencing in this case reveals that Judge Robert Cleland (the sentencing Judge) imposed the conditions that Defendant seeks to modify because Judge Cleland believed that these particular conditions, among others, were essential to achieving a proper balance of the sentencing factors under 18 U.S.C. §3553(a). The Defendant's motion does not identify any factors that persuade the Court to deviate from Judge Cleland's

thoughtful and carefully-considered determination. The Court therefore declines to modify the conditions.[1]

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

---

[1] In making this decision, the Court has not relied upon the portions of the Government's response that Marrocco identified as objectionable in his reply brief.